# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARCOS JOAQUIN RODRIGUEZ**                                              **PLAINTIFF**

v.                            No: 4:19-cv-00002 BRW-PSH

**ROWDY SWEET,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 30th day of April, 2019.

                                            BILLY ROY WILSON
                                   UNITED STATES DISTRICT JUDGE